UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS R. HAZELRIGG, III, <br><br> Defendant. | Case No.: 2:13CR00239-TSZ-001 <br><br> ORDER GRANTING DEFENDANT HAZELRIGG'S MOTION FOR EARLY TERMINATION OF SUPERVISED PROBATION |

Defendant, THOMAS R. HAZELRIGG, III, having moved the Court for early termination of Supervised Release pursuant to 18 U.S.C., §3583(e)(1), and the Court having reviewed the Declaration of defendant and the Declaration of counsel in support of the Motion, along with the files and records of this case, the Court has concluded that the Motion, docket no. 139 should be granted as it is warranted by the conduct of the defendant and in the interest of justice. Accordingly, it is hereby

ORDERED that the defendant's term of Supervised Release is terminated and the defendant is discharged.

DATED: March 18, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER GRANTING DEF'S
MOT FOR EARLY TERMINATION
OF SUPERVISED RELEASE
Page 1

18287\004\67306_pld

LeSourd & Patten, P.S.
Attorneys at Law
20 Sixth Ave NE
Issaquah, WA 98027

Tel: 206-357-5086/206-624-1040
Fax: 206-223-1099

Presented by:

LeSOURD & PATTEN, P.S.

s/ Robert M. McCallum
Robert M. McCallum
WSBA No. 16373
20 Sixth Ave NE
Issaquah, WA 98027
Tel: 206-357-5086/206-624-1040
Fax: 206-233-1099
E-Mail: rmccallum@lesourd.com

ORDER GRANTING DEF'S
MOT FOR EARLY TERMINATION
OF SUPERVISED RELEASE
Page 2

18287\004\67306_pld

LeSourd & Patten, P.S.
Attorneys at Law
20 Sixth Ave NE
Issaquah, WA 98027

Tel: 206-357-5086/206-624-1040
Fax: 206-223-1099